UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 24-679 |
| v. | : | |
| NARIQ PETES | : | NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that ALINA HABBA, United States Attorney for the District of New Jersey, by Christopher D. Amore (christopher.amore@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

      ALINA HABBA
      United States Attorney


      *s/ Christopher D. Amore*
By:  CHRISTOPHER D. AMORE
      Assistant United States Attorney

Dated: May 29, 2025